**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50452 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-00233-PA |
| v. | |
| IGNACIO LOPEZ-MURILLO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Ignacio Lopez-Murillo appeals from the district court's judgment and

challenges a condition of supervised release imposed following his guilty-plea

conviction for bringing aliens to the United States for private financial gain, in

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1324(a)(2)(B)(ii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Lopez-Murillo challenges the condition of supervised release requiring him to participate in outpatient substance abuse treatment as directed by probation. We review for plain error, *see United States v. Rearden*, 349 F.3d 608, 618 (9th Cir. 2003), and find none. Contrary to Lopez-Murillo's contention, the condition is reasonably related to the goal of providing correctional treatment in light of his undisputed history of marijuana use. *See* 18 U.S.C. § 3583(d)(1); *Rearden*, 349 F.3d at 619.

**AFFIRMED.**